PRINT FORM: Use this button to print the form for filing.
SAVE FORM: Use this button to save the form and allow for further editing or printing.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)

CASE NAME **Beltran**　　　　　CASE NO **10-44435**

FOR:
- **X** DEBTOR
- **X** JOINT DEBTOR
- ___ CREDITOR
- ___ ATTORNEY ( Please include Bar ID Number _____ )
- ___ PLAINTIFF
- ___ DEFENDANT

**OLD ADDRESS:**
NAME: MICHAEL/VICTORIA BELTRAN
ADDRESS: 10810 LAKEVIEW AVE. SW. #21
　　　　　LAKEWOOD, WA. 98499

PHONE: _____

EMAIL ADDRESS (attorney only): _____

**NEW ADDRESS:**
NAME: MICHAEL/VICTORIA BELTRAN
ADDRESS: 4701 109 ST. SW B110
　　　　　LAKEWOOD, WA. 98499

PHONE: ~~[redacted]~~

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

X _/s/ Michael Beltran_
　Michael Beltran

X _/s/ Victoria Beltran_
　Victoria Beltran

Date 3-16-15

Rev. 6/28/2012
Change of Address